ORDERED UNSEALED on 05/29/2024 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS LEDESMA,<br>Defendant. | Case No.: **24MJ2075**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 2, 2024, within the Southern District of California, defendant Luis LEDESMA knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: approximately one (1) round of Ammo Inc. 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

BRANDON FARMER
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of May 2024.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On May 2, 2024 at approximately 7:40 p.m., Officers with the Escondido Police Department received a radio call of a traffic collision at the intersection of East Mission Avenue and North Fig Street in Escondido, which is within the Southern District of California. Responding Officers observed a Chevrolet Silverado with front-end collision damage positioned behind a Chevrolet Colorado with rear-end damage.

Police identified Luis LEDESMA as the driver of the Silverado and there was and an adult front seat passenger with the initials G.C. Police observed two bottles of tequila on the hood of the Silverado and smelled alcohol on LEDESMA's breath. LEDESMA told police he had drank one or two shots of tequila approximately six hours before the collision with the Colorado. Based on the circumstances and the Officer's training and experience, police believed LEDESMA to be intoxicated and asked LEDESMA to exit the vehicle. Police then put LEDESMA through field sobriety tests.

After the field sobriety tests, LEDESMA was arrested for driving under the influence, in violation of California Vehicle Code §23152(b). During a search of LEDESMA incident to arrest, police seized one (1) round of Ammo Inc. 9mm ammunition in LEDESMA's left shorts pocket. Police that had been on-scene before the arresting Officer advised that G.C. and LEDESMA had been observed moving around in the cabin of the Silverado as if to hide something. A search of the Silverado revealed an unserialized 9mm handgun (commonly referred to as a "ghost gun") under the front passenger seat. The handgun was loaded with approximately six (6) rounds of Ammo Inc. 9mm ammunition.

Records checks on LEDESMA revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 1/17/2023 | CASC – Vista | Cal. P.C. §192(B) – Involuntary Manslaughter | 3 Years Jail |

The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.